THE STATE OF OHIO, APPELLANT, *v.* MONTECALVO, APPELLEE.

[Cite as *State v. Montecalvo* (1996), 77 Ohio St.3d 96.]

(No. 95–2337—Submitted October 16, 1996—Decided November 13, 1996.)

*Gregory A. White,* Lorain County Prosecuting Attorney, and *Lisa Milasky,* Assistant Prosecuting Attorney, for appellant.

*Sternberg, Newman & Weisman* and *Richard Sternberg,* for appellee.

The judgment of the court of appeals is reversed on the authority of *State v. Szefcyk* (1996), 77 Ohio St.3d 93, 671 N.E.2d 233, decided this day.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

COOK, J., not participating.